UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
acting through United States
Department of Agriculture,
Rural Housing Service,

        Plaintiff,

v.                              CASE NO.:  3:05cv229-MCR/EMT

CARL POWELL, PATRICIA M. POWELL
f/k/a PATRICIA M. BRITNELL, EGLIN
FEDERAL CREDIT UNION,

        Defendants.
_____/

## DEFAULT JUDGMENT

THIS CAUSE came on to be heard on plaintiff's Motion for Default Judgment and having reviewed the pleadings and being otherwise fully advised on the premises, it is therefore ORDERED AND ADJUDGED:

1.    The default entered by the Clerk of this Court against each of the defendants be and the same is hereby ratified and confirmed and a Default Judgment is hereby entered in favor of the plaintiff United States of America against such defendants.

2.    That Rural Housing Service's lien be reinstated subject to the lien of Eglin Federal Credit Union.

**ORDERED IN CHAMBERS**  this 12th day of October, 2005.

                                                                                                                      *s/ M. Casey Rodgers*
                                                                        **M. CASEY RODGERS**
                                                                        **UNITED STATES DISTRICT JUDGE**